UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRANCES DALY,<br><br>   Plaintiff,<br><br>   v.<br><br>RYAN WAKEFIELD, et al.,<br><br>   Defendants. | No.  2:23-cv-01764-DAD-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT<br><br>(Doc. No. 7) |

Plaintiff Kevin Frances Daly is a county inmate proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 11, 2024, the assigned magistrate judge screened plaintiff's complaint and found that it failed to request relief that can be granted in a § 1983 action. (Doc. No. 5 at 6.)  The magistrate judge also found that plaintiff's complaint failed to state a claim upon which relief may be granted against defendant Hernandez. (*Id*.)  Accordingly, on January 11, 2024, the assigned magistrate judge dismissed the original complaint, granted plaintiff leave to file an amended complaint within thirty days and warned plaintiff that failure to do so would result in a recommendation that this action be dismissed. (*Id*.)  On March 20, 2024, with no response from plaintiff, the assigned magistrate judge issued findings and recommendations recommending that

1

this action be dismissed for the reasons set forth in the screening order. (Doc. No. 7 at 2.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.[1] (*Id.*) To date, no objections have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 20, 2024 (Doc. No. 7) are adopted in full;

2. The complaint is dismissed for failure to state a claim for the reasons set forth in the January 11, 2024 screening order (Doc. No. 5); and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 25, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] Although it appears that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective, and it is the plaintiff's responsibility to keep the court apprised of his current address at all times. After a previous order was returned by the postal service on February 5, 2024, plaintiff was ordered to file a notice of his change of address by April 15, 2023. (Doc. No. 6.) Plaintiff did not comply with the court's order.